DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 314P16 | Davidson County Broadcasting Company, Inc., Larry W. Edwards, and Wife, Shirley Edwards v. Iredell County v. Wayne McConnell, Rusty N. McConnell, Ann and Don Scott, Bill Mitchell, and David Lowery, Intervening Respondents | 1. Petitioners' PDR Under N.C.G.S. § 7A-31 (COA15-959) <br><br> 2. N.C. Association of Broadcasters' Conditional Motion for Leave to File Amicus Brief | 1. Denied <br><br> 2. Dismissed as moot |
|---|---|---|---|
| 324A16 | State v. Antwan Anthony (DEATH) | Def's Motion for Stay of Appellate Proceedings in Light of Pending Racial Justice Act Motion | Allowed **02/01/2017** |
| 326P15-5 | Burl Anderson Howell v. North Carolina Wayne County Department of Health and Human Services, by and through, Reese Phelps; Lou Jones | Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | Dismissed |
| 330A16 | Allscripts Healthcare, LLC v. Etransmedia Technology, Inc. | W. Swain Wood's Motion to Withdraw as Counsel for Petitioner-Appellant | Allowed |
| 333P16-2 | State of North Carolina *ex rel.* Commissioner of Insurance v. North Carolina Rate Bureau <br><br> In the Matter of the Filing Dated January 3, 2014 by the North Carolina Rate Bureau for Revised Homeowners' Insurance Rates and Homeowners' Insurance Territory Definitions | North Carolina Rate Bureau's Petition for Reconsideration | Denied **02/14/2017** |
| 335P16 | State v. Gyrell Shavonta Lee | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1352) | Allowed |